# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**SECURITIES AND EXCHANGE COMMISSION,**

        V.                       **SUMMONS IN A CIVIL CASE**

**RONALD D. SWANSON,**

                            CASE NUMBER: **3:20−CV−00666−KAD**

     TO: **Ronald D. Swanson**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Rua M. Kelly**
**Securities & Exchange Commission – MA**
**33 Arch St., 23rd Fl**
**Boston, MA 02110−1424**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

   **/s/ – J. Fazekas**
_____
          *Signature of Clerk or Deputy Clerk*



**ISSUED ON 2020−05−15 10:05:11.0**, Clerk
USDC CTD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **RONALD SWANSON** was received by me on *(date)* **5/15/2020**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* **Counsel for defendant agreed to accept service on behalf of
defendant. Complaint emailed and summons emailed on 5/15/2020**
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0_____0.00

I declare under penalty of perjury that this information is true.

Date: **5/21/2020**

/s/ **Rua M. Kelly**
Servers signature


Rua M. kelly
33 Arch St #2400 Boston MA 02110


Additional information regarding attempted service, etc: